# RAAB, STURM & GANCHROW, LLP

COUNSELORS AT LAW
2125 CENTER AVENUE, SUITE 100
FORT LEE, NEW JERSEY 07024
Tel: (201)292-0150
Fax: (201)292-0152

RONALD RAAB*
IRA A. STURM***
ARI D. GANCHROW*

MAURA E. BREEN**
SAMUEL R. BLOOM****

\* ADMITTED IN NY AND NJ
\*\* ADMITTED IN NY AND CT
\*\*\* ADMITTED IN NY AND FLA
\*\*\*\* ADMITTED IN NY, NJ AND MD

January 3, 2023

The Honorable Lorna G. Schofield
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Application **GRANTED**. The initial pretrial conference scheduled for January 11, 2023, is adjourned to **January 18, 2023, at 4:00 P.M.** At that time, the parties shall call 888-363-4749 and use the access code 558-3333. The deadline for the parties to file the joint letter and proposed civil case management plan and scheduling order is extended to **January 11, 2023, at 12:00 P.M.**

Dated: January 4, 2023
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

Re: Building Service 32BJ Health Fund

v.

US Security Inc, et al.

SDNY Docket No. 22-CV-9267 (LGS)(SN)

Dear Judge Schofield,

The undersigned is counsel to the plaintiff in the above captioned matter. The following request for an adjournment of the initial pretrial conference is submitted in accordance with Section 1.B.2 of Your Honor's Individual Rules of Practice.

The Court scheduled the initial conference for January 11, 2023 at 4:00 pm. Due to an oral argument before the New York State Appellate Division, I will be unable to appear at the scheduled time. Request is therefor made for an adjournment. Counsel for Defendants has consented to this request. This is the first request for an adjournment. The parties further request that submission date for the joint-letter be extended to seven days before the adjourned date.

The parties propose the following date(s) for the adjourned conference: January 17, 18 or 19, 2023.

Respectfully submitted,

s/ Ira A. Sturm

cc: Matthew D. Crawford (By: ECF)
    Andrew Edge           (By: ECF)
    Evan S. Weiss         (By: ECF)