```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
BUILDING SERVICE 32BJ HEALTH FUND, et                        :
al.,                                                         :
                                    Plaintiffs,              :    22 Civ. 9267 (LGS)
                                                             :
                  -against-                                  :    ORDER
                                                             :
US SECURITY ASSOCIATES, INC., et al.,                        :
                                    Defendants.              :
                                                             :
-------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated January 4, 2023, required the parties to file a proposed case management plan and joint letter by January 11, 2023, at 12:00 P.M.;

WHEREAS, the initial pretrial conference is currently scheduled for January 18, 2023, at 4:00 P.M.;

WHEREAS, the parties filed the joint letter at Dkt. No. 18 but failed to file a proposed case management plan.  It is hereby

**ORDERED** that the parties shall file a proposed case management plan as soon as possible and no later than **January 13, 2023, at 3:00 P.M.**

Dated: January 12, 2023
       New York, New York

*[signature]*

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**