UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:_____                   │
│ DATE FILED:__  1/25/2023         │
└─────────────────────────────────┘
```

BUILDING SERVICE 32BJ HEALTH FUND, et al.,

                              Plaintiffs,                    **22-CV-09267 (LGS)(SN)**

              -against-                              **SETTLEMENT CONFERENCE
                                                              ORDER**

US SECURITY ASSOCIATES, INC., et al.,

                              Defendants.

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

A settlement conference is scheduled for Thursday, March 16, 2023, at 10:00 a.m. and will be held remotely. The Court will provide dial-in information by email before the conference.

The parties are directed to review and comply with the Procedures for Cases Referred for Settlement to Magistrate Judge Sarah Netburn, a copy of which is available on the Court's website at https://nysd.uscourts.gov/hon-sarah-netburn. The parties are strongly encouraged to engage in good-faith settlement negotiations before the settlement conference and preferably before the submission to the Court of the *Ex Parte* Settlement Letters and Acknowledgment Forms, which are to be submitted by email to Netburn_NYSDChambers@nysd.uscourts,gov, by Thursday, March 9, 2023. Should the parties resolve the litigation before the conference date, they must notify the Court in writing immediately.

**SO ORDERED.**

                                                    _____
                                                    SARAH NETBURN
                                                    United States Magistrate Judge

DATED:      January 25, 2023
            New York, New York