**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

BUILDING SERVICE 32BJ HEALTH, et al.,

                                             Plaintiffs,

                   -against-

US SECURITY ASSOCIATES, INC. et al.,

                                             Defendants.

----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/5/2023_
```

**22-CV-09267 (LGS)(SN)**

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

On March 15, 2023, the Court adjourned the settlement conference scheduled for March 16, 2023, and directed the parties to file a stipulation of dismissal within two weeks. As no such filing has been made, the parties are directed to either file a stipulation of dismissal or a letter updating the Court on the status of settlement by April 11, 2023.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:        April 5, 2023
              New York, New York